UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

COURTROOM MINUTE SHEET
CIVIL PROCEEDINGS

**Date** August 25, 2016          **Case No.** 4:15CV212 ERW

Jeremey Eden      v.   Vaughan, et al.,

**Judge** E. Richard Webber

**Court Reporter** R. Fiorino          **Deputy Clerk** M. Berg

**Attorneys for Plaintiff(s)** Samuel Henderson

**Attorneys for Defendant(s)** Robert Isaacson

**Parties present for** Final Pre-Trial Conference.  Court and counsel discussed motions in limine.  The Court made rulings on the record.  Jury Trial set for Tuesday, September 6, 2016 at 8:30 a.m. in Courtroom 3 North.

Attorneys Present : _____

Proceedings commenced:   9:11

Proceedings concluded:    10:30