UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

JEREMY EDEN,                        )
                                    )
        Plaintiff,                  )
                                    )
    vs.                             )        Case No. 4:15CV00212 ERW
                                    )
RONALD VAUGHN, et al.,              )
                                    )
        Defendants.                 )

## MEMORANDUM AND ORDER

This matter comes before the Court on Plaintiff Jeremey Eden's Second Supplemental Motion in Limine,[ECF No. 97] and Mr. John Garvey's Motion to Quash Subpoena [ECF No. 99].

Plaintiff's motion requests the court to enter an order prohibiting Defendants from making any references or arguments Defendant Officers received awards and commendation from their field of law enforcement. Defendants confess they will not present such evidence.

**IT IS HEREBY ORDERED** Plaintiff's Second Supplemental Motion in Limine is hereby GRANTED. [ECF No. 97].

**IT IS FURTHER ORDERED** Witness John Garvey's Motion to Quash Subpoena is hereby SUSTAINED. [ECF No. 99].

So Ordered this 1st day of September, 2016.

_E. Richard Webber_

_____
**E. RICHARD WEBBER**
**SENIOR UNITED STATES DISTRICT JUDGE**