*EXHIBIT LIST*

Style: **Eder vs Vaughan**   Case Number: **4:15CV212 ERW**

| π EX NO. | Δ EX NO. | ID DATE | BY (W #) | OBJ. TO | SUSTAINED/ OVERRULED | DESCRIPTION | DATE ADMITTED |
|---|---|---|---|---|---|---|---|
| P1 |  | 9/6 | 1 |  |  | Video in real time | ✓ |
| P2 |  | 9/6 | 1 |  |  | Video - in slow version | ✓ |
|  |  |  |  |  |  |  |  |
|  | D1 | 9/7 | 4 |  |  | Video in real time | ✓ |
|  | D3 | 9/7 | 5 |  |  | Lab report | ✓ |

☐ EXHIBITS RETURNED TO COUNSEL    ☐ EXHIBITS RETAINED BY COURT

π = plaintiff   Δ = defendant   ID = first date exhibit is used   W# = first witness to ID exhibit

OBJ = Objection write "Obj" in red   ADMITTED = use ✓ and date          Page 1 of 1